IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02300-BNB

ANGELA MARIA STALIANS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 12 2010

GREGORY C. LANGHAM
              CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be placed on the AP Docket. Accordingly, it is

ORDERED that this case shall be placed on the AP Docket.

DATED October 12, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02300-BNB

Angela Maria Stalians
P.O. Box 652
Colorado Springs, CO 80901

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/12/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk