IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02300-AP

ANGELA MARIA STALIANS,

        Plaintiff,

v.

MICHAEL J. ASTRUE,

        Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

        THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff(s) leave to proceed in forma pauperis.  It now is

        ORDERED that, if appropriate, the United States Marshal shall attempt to obtain

a waiver of service from the defendant(s).  If unable to do so, the United States Marshal

shall serve a copy of the complaint, summons, order granting leave to proceed pursuant

to 28 U.S.C. § 1915, and all other orders upon the defendant(s).  If appropriate, the

Marshal shall first attempt to obtain a waiver of service of these documents pursuant to

Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.

Dated: October 13, 2010

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        UNITED STATES DISTRICT JUDGE