IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02300-AP

ANGELA MARIA STALIANS,

    Plaintiff, *Pro Se*

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

___

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
*(AS SUBMITTED BY DEFENDANT)*

___

    Defendant, Commissioner of Social Security ("Commissioner"), hereby submits this proposed joint case management plan. Pursuant to D.C. COLO. L. CIV. R. 7.1(A), the undersigned counsel for the Commissioner made a reasonable, good faith effort to confer with Plaintiff, *Pro Se*, as to this matter by: 1) his office attempting to reach Plaintiff via telephone and leaving voice mail messages.

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Angela Marie Stalians<br>Plaintiff, *Pro Se*<br>P.O. Box 652<br>Colorado Springs, CO 80901<br>(719) 465-4604 | Anthony J. Navarro<br>Special Assistant United States Attorney<br>Assistant Regional Counsel<br>Office of the General Counsel<br>Social Security Administration<br>1001 17th Street<br>Denver, CO 80202<br>(303) 844-7278<br>(303) 844-0770 (fax)<br>anthony.navarro@ssa.gov |

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is an appeal of a Social Security benefits application. The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed:  **September 20, 2010**

    B.    Date Complaint was Served on U.S. Attorney's Office:  **October 19, 2010**

    C.    Date Answer and Administrative Record Were Filed:  **December 17, 2010**

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

7. **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

8. **BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief:  **February 15, 2011**

    B.    Response Brief due:  **March 16, 2011**

    C.    Reply Brief due:  **April 1, 2011**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement:  The Plaintiff does not request oral argument.

    B.    Defendant's Statement:  The Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    ( **X** )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 11th day of January, 2011

                              BY THE COURT:

                              *s/John L. Kane*
                              U.S. DISTRICT COURT JUDGE

APPROVED:

s/
Angela Marie Stalians
P.O. Box 652
Colorado Springs, CO 80901
(719) 465-4604

Plaintiff, *Pro Se*

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

*s/Anthony J. Navarro*
Anthony J. Navarro
Special Assistant United States Attorney
1001 17th Street
Denver, CO 80202
(303) 844-7278
(303) 844-0770 (fax)
anthony.navarro@ssa.gov

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2011, I electronically filed the foregoing "Defendant's Proposed Joint Case Management Plan for Social Security Cases" with the Clerk of Court. I also certify that I used the CM/ECF system, which will send notification of such filing to the e-mail addresses below.

    usa-co-civil_ecf@usdoj.gov
    kevin.traskos@usdoj.gov

                                                    *s/Anthony J. Navarro*
                                                    Office of the General Counsel
                                                    Social Security Administration

I hereby certify that on January 6, 2011, I mailed via first class mail, postage prepaid, a hard copy of "Defendant's Proposed Joint Case Management Plan for Social Security Cases" to Plaintiff at the address below.

    Angela Marie Stalians
    Plaintiff, *Pro Se*
    P.O. Box 652
    Colorado Springs, CO 80901
    (719) 465-4604

                                                      *s/Anthony J. Navarro*
                                                    Office of the General Counsel
                                                    Social Security Administration